Louisa P. Chard et al., Administrators, etc., Appellants, *v.* Cornelia A. Hamilton, as Administratrix, etc., Impleaded, etc., Respondent.

(Argued February 6, 1891; decided February 24, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which affirmed so much of a judgment, entered upon the report of a referee, as dismissed the complaint in this action as against the respondent.

*Samuel J. Crooks* for appellants.

*Sherman S. Rogers* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.